# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>      v.<br><br>SHIV HOTELS, LLC,<br><br>            Defendant. | Case No.: 1:16-cv-01509 LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |

On November 14, 2016, Plaintiff filed a notice of her voluntary dismissal of the action. (Doc. 9) According to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Thus, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice.

IT IS SO ORDERED.

Dated:   **November 15, 2016**           /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE